

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| ALEXIS BALLARD | CIVIL ACTION 09-1785 |
|---|---|
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| SAFECO INSURANCE COMPANY | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc.#12**, is **DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 22 day of February, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**